No. 02–10433.  BROWN v. MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–10436.  KYLER v. NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 02–10437.  SMITH v. LEWIS, SUPERINTENDENT, HALES CREEK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–10442.  AWIIS v. WASHINGTON DEPARTMENT OF CORRECTIONS.  Ct. App. Wash.  Certiorari denied.

No. 02–10443.  ALVAREZ v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–10445.  AYRES v. EARNHARDT'S GILBERT DODGE, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–10447.  BRAUN v. PLASTOMER CORP.  Ct. App. Mich.  Certiorari denied.

No. 02–10450.  CURTIS v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 02–10485.  BAINES v. HORNUNG, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–10491.  SCHWARTZ v. WILSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–10507.  VINNIE v. MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION.  C. A. 1st Cir.  Certiorari denied.

No. 02–10565.  JACKSON v. CROKER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 02–10566.  OGUAGHA v. CRAVENER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.